UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KIER KEAND'E GARDNER,

               Plaintiff,

v.

STATE OF WASHINGTON,

               Defendant.

NO: 4:19-CV-5148-TOR

ORDER DISMISSING COMPLAINT

**1915(g)**

By Order filed August 9, 2019, the Court granted Plaintiff, a prisoner at the Washington State Penitentiary, the opportunity to voluntarily dismiss his *pro se* civil rights complaint within thirty days. ECF No. 11. Plaintiff's complaint in which he sought a legal name change failed to state a claim upon which relief may be granted in this Court. *Id.*

Plaintiff did not avail himself of the opportunity to voluntarily dismiss this action. Because it is absolutely clear that no amendment will cure the deficiencies of Plaintiff's complaint, *Noll v. Carlson*, 809 F.2d 1446, 1448 (9th Cir. 1987),

*superseded by statute*, 28 U.S.C. § 1915(e)(2), *as recognized in Aktar v. Mesa*, 698 F.3d 1202, 1212 (9th Cir. 2012), **IT IS ORDERED** the complaint, ECF No. 1, is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **<u>Plaintiff is advised to read the statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims</u>**.

Accordingly, IT IS HEREBY ORDERED:

1. The complaint, ECF No. 1, is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).
2. Plaintiff's *in forma pauperis* status is revoked.
3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

//

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address, and **CLOSE** the file. The Clerk of Court is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Corrections Division.

**DATED** September 16, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING COMPLAINT -- 3